BARNEY COHEN and JACK COHEN, Copartners, Doing Business under the Firm Name and Style of THE AMERICAN TRUCKING COMPANY, Respondents, v. TOWN OF NEW HARTFORD, Appellant.— Judgment and order affirmed, with costs, on the authority of *Shearman v. State of New York* (223 N. Y. 550). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IRA BRADLEE, Respondent, v. HERBERT F. NAISBIT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

JAMES B. ABBOTT, Appellant, v. ALICE H. ABBOTT, Respondent.— Judgment reversed on the facts and a new trial granted, without costs of this appeal to either party. Finding of fact No. 4 disapproved and reversed. Although we are of the opinion that the adultery of the defendant was proved by the preponderance of the evidence, the defense of condonation remains undetermined. On another trial condonation may be established to the satisfaction of the court. We, therefore, deem a new trial necessary. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

COLONIAL MOTOR COACH CORPORATION, Respondent, v. CITY OF OSWEGO and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

ROBERT J. MURPHY, as Trustee in Bankruptcy of THOMAS F. VOGT, INCORPORATED, a Bankrupt, Respondent, v. WILLIAM J. GUCKER, Appellant.— Judgment reversed on the law, with costs, and judgment directed in favor of the defendant, with costs, upon the authority of *Utica Trust & Deposit Company* v. *Decker* (244 N. Y. 340). The tenth finding of fact (except the first fifty-two words thereof) is reversed on the law, on the ground that there is no evidence to support it. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

M. PROUSE NEAL, Respondent, v. D. JOSEPH SCANLON, Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

M. PROUSE NEAL, Respondent, v. JOHN J. SCANLON, JR., Appellant, Impleaded with Others, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Respondent, v. SENECA IRON AND STEEL COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

UTICA NATIONAL BANK AND TRUST COMPANY, as Administrator, etc., of RAYMOND C. MAYS, Deceased, Respondent, v. GEORGE H. NICKEL and Another, Defendants. PIETRO DE MARCO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.